

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JACOB O'BRIEN, | ' | |
| Appellant, | ' | No. 08-14-00222-CR |
| | ' | Appeal from the |
| v. | ' | County Court |
| THE STATE OF TEXAS, | ' | of Terrell County, Texas |
| State. | ' | (TC# 1878) |
| | ' | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporters Record until **October 30, 2014.**   NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Patricia Phelps, Court Reporter for the County Court, for Terrell County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **October 30, 2014.**

IT IS SO ORDERED this 24th day of September, 2014.

PER CURIAM